UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Green Bay Division)

Everette L. Walker, Plaintiff,

v. Case No. 25-CV-1494

BROWN COUNTY DHS,CPS;

ROSELYNN GREISBACH in her individual and official capacity;
LAUREN M. KRUKOWSKI, in her individual and official capacity;
MARK SIDEL, in his individual and official capacity;
KEVIN BRENNAN, in his individual and official capacity;
SCHAYNA WILSON, in her individual and official capacity;
DANIELLE CORNELIOUS, in her individual and official capacity;
SAMANTHA WARDEN, in her individual and official capacity;
Defendants.------------------------------
COMPLAINT:

    I Everette L. Walker am filing these claims on behalf of myself, My Children, as well as Cassandra Luedeman and her Children. May God Bless us all with his Mercy and his Grace for I know that God is with me and feel compassion and sorrow for those who stand against me Amen.

All claims are backed by viable sustainable evidence, all asserted in the necessary legal manner notifying the department as well as individually, that any and all interactions were subject to recording and monitoring.

06/02/2025 During a transgression in which the amount of **Discrimination** that lead to a **Scrutinizing** amount of **Misconduct** and **Negligence** against myself in the **Breach of Duty** and **Accumulative Action** on behalf of 4 Officials from the Hobart Police Department to where I was **Illegally Detained, Illegally Searched and Seized, Unlawfully Arrested** lead to brief period of **False Imprisonment** that was dropped and my person released on 06/03/2025 and is now being investigated as a **Malicious Prosecution** not to mention the **Pain and Suffering and Emotional Distress** that I, my Children and members of our Combined Family continue to endure, subsequently leads us to the document you see before you.

06/03/2025 During a short period of false imprisonment at approximately 3:38 Pm I was notified by Correctional Officer Kroll within the Brown County Jail that I Had a Professional Visit, I was inquisitive as to who it might be due to the fact that I was not under the confines of probation and parole upon my completion of house arrest in 2024. At that point I was brought into the

confidential room and met for the first time face to face with a young lady on behalf of Child Protective Services by the name of Roselynn Griesbach as well as a representative from the Oneida Nations tribe, By the name Julie King and was notified that my children had been taken into custody under a TPC order that the papers presented to me at that time had times that suggest that I was informed of these actions by these officials hours before I actually met with them violating my Due Process rights as well as my parental rights and my children's ICWA rights constituted in ACT25. After 3:30pm at which point they requested that I sign medical documentation allowing the foster home to provide any medical care that my children might need and was informed that I had a court hearing at 1:30 PM the following day on 06/04/2025. However I signed the documentation requested with the acknowledgement that I was "(under duress)" however they still conducted forensic tests, to which my understanding has been multiple times without consent and seem to be harassing my children and im not sure that its the best concern for their wellbeing due to the trauma that you guys are continuously subjecting them to. Not only provide medical treatment without request or permission and even directed the foster parents to have my children vaccinated against my will found after a discussion with Zack as well as a number of other infractions after he tried to speak to Cassandra in a derogatory manner. I held a conversation with Mr.Pierce to which he declared that the "Under Duress" was something I "made up" In signing after a suggested threat by Ms. Griesbach that she "would file for Joint legal Custody" if i did not sign the medical consents that I signed with the clause "(Under Duress)" that means that from 06/02/2025-06/23/2025 any type of treatment including forensic interviews were conducted against my will without full fledge permission and is a violation of HIPPA however that is when I notified Ms. Griesbach that I was aware was a complete violation of my parental rights as well as a federal violation of my child's ICWA rights and assured them that I would be released that afternoon due to the inability to sustain What I was subsequently charged with in the fact that I had been Discriminated against, the Misconduct and Negligence of the police department, illegally detained, Illegally searched and seized, unlawfully arrested, not read my miranda rights and was currently falsely imprisoned. Ms. Griesbach acknowledged that she was aware that it was a violation of my parental rights, as well as a violation of my child's ICWA rights However showed no discretion in my knowledge of The laws that apply to them or the fact that I was within my rights. Nor was I given the parental right to consent to placement and or suggest alternative placement. On the yellow carbon copies of the TPC paperwork that was presented to me in the brown county jail it stated the reasoning for the emergency removal was due to "NO legal parent available to provide care" which implied upon my release 06/03/2025 nine mins after meeting with Rosalynn and being

given the TPC in regards to my children's ICWA rights that they should have been Returned to me Immediately! However, not only have they abducted my children, I have told Rose that I was well aware that the Pierces have let and continue to transport my children across state lines into Michigan to go on trips, which is another violation of federal law considered kidnapping! I was ignored!

06/04/2025 Wouldnt you know it not only was Miss Krukowski present for the hearing for the removal of my children but **Danielle Corneilious** made sure that her presence and the smile on her face was illuminating, very discourteous, disrespectful and very distasteful. However despite me calling Rose at 4:00 pm on 06/03/2025 and notifying her of my release and requesting my children. I was present on 06/04/2025 in the hearing where they continued to remove my children under the precedence that there was not a biological parent available but I was sitting right there. The commissioner MS. ZIGAMOULDER suppressed my first amendment rights to speech or defend myself and shhhushed me suppressed any and everything I had to say, I had to sit there keep my mouth shut and take it while they broke the law before, in, and after the courtroom. On 06/05/2025 I contacted Mark Sidel Supervisor of Ms.Griesbach from what I was told however when cassandra asked for her supervisor was given Ms. Krukowski. I was sent to voicemail in which I requested that Mr. Sidel contact me at his earliest convenience On 06/10/25 I finally received a call from Mark Sidel, supervisor of Ms. Griesbach and have a video audio recording of our conversation that was obtained with the proper notification that the call was subject to recording and monitoring and over a 40 min conversation I declared and requested for them to comply with my parental rights and notified him the fact that Cassandra Luedeman has been in possession of an affidavit since 2022 that declares her the sole custody and care provider in my absence that is valid through 2026. That the department was already in possession of After Mr. Sidel ignored my request to have my children brought to me and to grant me my Parental rights in the suggestion that they were going to proceed with the court process I gave him Ample warning In my intention to pursue the department to the fullest extent If they refuse to abide by the constitutes in which they are subject to. As well as became aware after No suggested contact in The Lacuda Ray Orioles LCO band of Ojibwe's ICW worker I decided to contact them myself to find out if the department had done their due diligence. 06/10/2025 I contacted Tabissa Rice on behalf of the LCO who Was named and directed to contact in my meeting with Rosalynn 06/02/2025 that Brayden and Raylee were LCO Ojibwa and former worker and for her to contact the Ojibwa tribe and former social worker Nathan Bohlm to inquire as to whether or not they had been notified that my children had been taken into custody and was at that time advised that they had not received any information in regards to my children.

Please note that less than a month prior to this incident during another arrest 05/15/2025 a complaint from the neighbor that was ultimately attempted to be charged as "Domestic Violence" after screaming in pain due to an injury by a widow at my house. it was relayed to me in a squad car by the arresting officer Radcliff that the same CPS worker by the name of Rose Griesbach at approximately 8:00 pm for my consent to return my children to Cassandra Luedemans for placement which I agreed to and my children were returned to her care at my residence at 3955 Valley Stream Cir. Hobart Wi 54155 to which I returned the following day due to the charges being dropped and upon my release. Rose denied the conversation had anything to do with her.

Another intake worker by the name of Rachel ? (was never given a last name) had previously done an assessment of myself, Cassandra and our home in October when I was assessed in regard to my youngest son Dorion when his mother was incarcerated and he went into a receiving home as I was denied parental rights in that instance as well. Coincidentally I was met with Lauren M. Krukowski Supervisor for the Bureau of Regional Operations once again in violation and It was well documented within their department that Dorion was my son and the department had my contact information in regards Dorion to a previous case that I had already been granted my Reunification by Nathan Bohlm. To which Ms. Krukowski made a mockery of my ability to retain legal representation to oppose the Entity and inadvertently my cognitive ability to pursue or litigate my own Parental, Constitutional, Civil, or Human rights which previously I had undergone and immense amount of Scrutiny and tortious actions at the hands of Danielle Cornelious who was dismissed from my case for Zaidah LeeMay WalkerReed, and replaced with Jaycee Hass whos official supervisor Samantha Warden signed off on Zaidah's Reunification as of May 18th of 2024.

Approximately 36months of fighting for and striving to remain available and provide for my children and maintain transparency. This came after I had reported a multitude of **Cruel and Unusual** Infractions requests and violations to my Constitutional, Civil, Parental and Human rights. That were relayed to the Administrative branch in the form of multiple grievances deliberated amongst Jennifer Lee Hoffman as well as the Bureau of Regional Operations that denied any accountability in Danielle's transgressions relayed by Ms. Lauren M Kurkowski even after violating their obligation in the response time allotted within my response at that time within that process on behalf of both divisions and neither were ever reprimanded. However my son was placed with former foster mother Crystal Vande Hey. I was assessed and supervised by the ongoing case worker and former Correctional officer Selvin Wells and found there to be no issues and then granted my parental rights and was given custody and placement of my son

close to a month later I was appointed a new ongoing caseworker for my sons case due to his mother by the name of Amanda Rooyakers who continues as his social worker with no concerns other than the placement that was decided for my son within the care of his grandmother that has a boyfriend that physically abuses her 28 yr old special needs autistic son that is non verbal and suffers from downs syndrome that has been reported multiple times. As well as the fact that the same caseworker with a different daughter gave placement to the grandmother Lori Jacobson to which Lori had the children removed from her placement after allowing her daughter to take the children unsupervised which resulted in them being left alone at her daughter's house without supervision of any sort. The fallowing Supervised visits with my son had a laceration to his stomach that was reported to Ali the Family Center to which my son told her it was a dog bite, I called every hospital in the city to see if he had been seen to which I was never given a confirmed visit at any location. The fallowing week after that he came to the visit with a bruise on his forehead and once again without interference he told Ali that "Tye Pushed Him into the table and banged his head off of it" Tye is Loris boyfriends Teenage son that is close to the size of a grown man that lives within the household. I am not very happy about that at all and everybody just ignores it, except me He is my Son I had him when he was 27 days old for close to a year by myself its an unspeakable bond and due to the amount of Chronic Neglect my Baby Daughter Zaidah suffered due to the Chronic Negligence and Abduction of Danielle Cornelious/ Schayna Wilson/ and Kevin Brennan I can no longer just sit around and let this happen and continue to endure people who have no idea who I truly am but speculate because they dont like me , you dont have to like me but you will not continue to do this to me and my family in the name of God and repeat and expect me to take more time away from my family prospering and expect me to do the same programs over and over and do these classes and other stipulations for the second or third time over its repetitive its redundant its Retaliation and its ruining mine and my childrens growth lives and relationships.

Between Ms. Griesbach and Ms. Rooyakers you would never know what day it is or time it was both of them they have redundantly gone out of their way to try to cover up their mistake instead of trying to fix them they attempt to make quite a bit of confusion and ultimately worried about the wrong numbers in some documents it says 06/03/2025 some 06/01/2025 some 06/02/2025,06/09/2025,06/16/2025 06/16/2025,06,23,2025 07/01/2025 in a majority of their documentation its clearly a contradiction of their previous documents or correspondence is off however they are so focused on trying to fix the register to probate dates to make them look good they neglected to contact the tribes that my kids are enrolled in and went as far as to deflect the director and as of the 24th of last month 06/24/2025 have yet to establish contact all

over the opinion of others or the influencer which was brought up several times yet never denied. Proper paper work not officially filed till 30 days later rather than 24hrs prior. Previously when being investigated about the caravel accusations I asserted my concern with Ms. Griesbach in concern for my son Dorion's wellbeing due to his mother Amanda Shepard's increasingly erratic behavior due to her mental health conditions and seemingly deterioration during her assessment before and on 09/16/2024 after the conclusion of her assessment to which she responded that I needed to "go to the court house and file a motion for family court so you can set up a way to see Dorian". Dorion's mother was arrested in Marinette County approximately a month later after Abandoning my son in the lobby of the BMO Harris Bank after threatening a bank teller with assault and making Terrorist Threats to the facility for roughly fifteen min. Before she was apprehended in traffic a few miles away.

It is always going to be portrayed that the household is unruly and implausible in the amount of alleged domestic violence within what is ultimately a very emotionally driven form of compassion for one another and our children and the strongwilled traumatized emotionally distraught triggers and self defence mechanisms that is a continuing work of art with the desire and ability to learn and identify within one another due to abandonment issues stressful nature in the opinion and judgment and the stubbornness and competitive nature amongst two very adamant parents that are not use to having somebody to count on yet trying to display and exhibit attributes that were not given any type of ideal examples in a very meshed and combine very beautiful form of unrelated family that has been blessed with the presence of one another. However, due to my past convictions and appearance make it easy to pass judgment for those that are not worthy of judging that are not capable of comprehension or develop the ability to decipher what It is like to try to mimic what is ideal, when ideal isn't the idea. Not to mention if I sneeze with the wrong posture or subsides the wrong syllable I get slapped with a label that says something serious and sustainable in the form of a domestic violence enhancer, 05/15/2025 the neighbor called the cops because I screamed and cursed in pain and I was charged with a disorderly conduct domestic violence because officer Radcliff went above four officers and three other departments decision to let me go and chose to arrest me and throw that in there for a little cause and effect. Whether I remain within my composure and remain picture perfect, the picture is always gonna be punctuated due to the inability of human nature to forgive or form a different opinion if given the option of opportunity from the opposed.

Our household as well as my ability to change my transgressions and develop the cognitive ability to change my mannerisms have been under a microscope for years not only on behalf of representatives of the department and or multiple other officials amongst many other

Organizations and Entities but that of GOD, within myself and my desire to represent the exact opposite of which I was shown so that my children do not develop the habits that have hindered our lives. I will remain dedicated to my children and the progress within myself to portray the perfect picture to break the chain suggested as generational genetic disposition.   However my hero status got revoked a long time ago when they realized I wasn't able to tear the department limb from limb in order to protect them. I hope you never understand the effects that these transgressions alter our lives and I hope you never have to listen to your children beg and plead to not answer the door for them to return to their foster home, or why if they are wrong and you didn't do anything you went to court why cant we come home?

Due to the History between myself and the department and my attempts to hold accountable the people that have not only displaced the keys to my soul being that of my children. Have caused my children and myself a great deal of harm in more than just a few occasions or forms mentally,, emotionally, physically, spiritually, financially  no matter the accountability that I attain, demeanors that have altered, and behaviors I have corrected within myself throughout an immense amount of trauma and answer to and alter no matter how much I forgive and forfeit no matter how many cheeks I turn I am met with the same Predisposition. Please understand the discretion and discernment I have developed within this disposition and have deciphered that these acts can only assert and constitute my Claim that this is to be clearly interpreted as an act of **Retaliation** why is it that I and my children constantly being investigated and questioned and tormented and traumatized  subject to **Scrutiny, Tortious Behavior, Trauma, Cruel and Unusual Punishment, Emotional Distress, Discrimination, Pain and Suffering, Negligence,**   due to my desire to hold other people in positions that abuse their power with no regard for anything that they say or do when it comes to the actual wellbeing of my children  they are not responsible for my actions or former transgressions where in the constitution does it say that all men are created equal and are entitled to these amendments/ Constitutional rights except Everette Walker and his Offspring? Because his grandfather taught him to be humble and raise his children in the Word and to teach them to Walk in the way of the Lord?

Or to Pray to the Almighty God that somebody that indulges themselves in this document will actually show some human decency and recognise this as not just an disgruntled Parent that doesn't want to cooperate due to some drug addiction or insecurity or hidden issue or agenda. But a Genuine Soul that has shown enough Humility and complied with the people that have walked all over him and laughed about it while unaffected by or reprimanded for their undeniable deniability to his Parental, Constitutional, Civil, and Human rights as he has said for years hey that

is not right they should not do that hey they are not suppose to do that yet accused every chance they get to claim he is responsible for actions that he did not take crimes he never thought of or capable and easy to throw charges accusations and the worst of the unthinkable at him like over cooked spaghetti noodles and see what sticks, while in all honesty and actuality reality defiantly, discriminating, disregarding, dismantling and desecrating a **DAD** who has done his Due diligence whose only true desire is not to be a father but to be a **DAD! Dad** is done with the **Discrimination** the **Retaliation** the **Scrutiny** the **Tortious Behavior** the denial of **Due Process rights** the **Illegal Search and Seizure** of my babies, the **Misconduct** the **Negligence** the **Defamation of Character** the **Unlawful Arrests** the **Illegal Detainment** the **False Imprisonment** the **Causation** the **Breach of Duty** the **Collective Action** the **Damages** the **Loss of Wages and Careers** the **Pain and Suffering** and last but not least the amount of unfathomable insurmountable **Emotional Distress** that my children alone are enduring that I can almost guarantee that not one of you who has made it this far into this small portion of very vocalized undeniably sustainable evidence could survive a week in these Sandals without acquiring a Prison Sentence, Cerebral Aneurysm, or a Tombstone.

So Please as I politely requested of Mark Sidel In the 40 minute video to **Cease and Desist** And please return my children immediately As there ICWA Rights entitled them to be. Please and thank you For your time. May God bless you.

I have now been administered 7,10, 15 page documents mailed as of the 10th in a very familiar adamant attempt to delay not to mention has been sent in the most peculiar of ways in regards to the fact that it does not just Have a particular envelope addressed from the Register Probate Juvenile Clerk of Brown County is subsequently strapped to a Manila envelope with a registered mail return recipient request in which I had to present myself at the post office in order to obtain simple documents and have been unnotified of two that were returned I will retain the envelopes for evidentiary purposes. All containing documents that should have been provided way before any of these actions were taken assessed or asserted and ultimately my babies and I are subject to an immense amount of continuous torture or tortious behavior the amount of scrutiny I go through on the daily is enough to drop a horse I hope and pray to God this finds somebody that understands that what I stand for, is what I believe in, and what I know to be wrong I don't believe in when I say it's wrong and they refuse to repair it in in adamant attempt to swear that it's right does not make that the better of the two. That being said I will continue to fight for my children and I pray that God touches your heart and understand that if I don't handle this and hold these people accountable and allow them to administer an immense amount of torture in

which they're tearing families apart Is within an inhumane inhospitable despicable lack of human deciency .

### *07/08/2025*

So I think ima call it on account of Retaliation not sure that I have any other rights for them to violate. However I don't know the extent of the immunities they are entitled to but im sure it has Limits and im pretty sure those were exceeded on 06/02/2025 during the second time this department has lied through their teeth and resulted in the Abduction of not just one but all four of my children, however you guys covered your hind end the last time your department abducted my youngest child and seems to went above and beyond to abduct four at the same time as a kind of slap in the face as if I didn't turn my cheek and continue pursuing this department. So we will just start with the fact that John P. Zakowski decided to discriminate against me in a court proceeding and identified me as a familiar stereotype after working domestic violence cases for 20 years claimed "Mr. Walker I know your type" and was prejudiced against me as I was depicted as a domestic violence offender. Violation of state statute 60.4(e) immediately questioned as to why he would pass judgment or discriminate against me in a court setting and after suppressing anything plausible that I was saying in order to suppress the fact that I acknowledged vocally that nearly every motion they had gone through was a violation of my children's as well as my own Constitutional Federal Civil and Parental rights and why he denied upholding or ignored my claim to my Parental, Constitutional, and Civil rights both state, federal and that of my childrens. The Only Reason that LCO ICW was present was because I notified and let Ms. Rice know weeks before on 06/10/2025 I spoke with the old ICW rep for Brayden and Raylee, then days before and on the day of that hearing. Who stated they did not even know and that the department was not responding to their calls happening to which they had not even received the initial notification or paper work the Atty Gen for LCO even acknowledged in court that it was a federal violation of mine and my babies rights that anything had taken place as they were to be notified 24 hrs in advance prior to any removal or petition. Yet they stood by and adjourned to wait for the paper work filed and dated 07/01/2025 a month after these representatives abducted my children and let the state remain with the current placement instead of invoking mine or my children's rights according to the amendments chapters and statutes that are constantly in repetitive violation Constitutional, Parental, Civil and ICWA Julie King from Oneida as well should have at least tried to invoke Zaidah's rights.. Instead even though multiple felonious federal violations were addressed and acknowledged by the attorneys/ attorney General/ representatives/ and the Judge himself overlooked the relevancy and sustainability of these transgressions against me and my children. They have

now suppressed the acknowledgement and or accountability on behalf of everyone other than myself and had the audacity to defame me continuously and when asked what their reasoning for it was, I was given no particular reasoning behind their discession. There was question of my approval to provide anesthesia to my daughter to have dental work something that I had discussed with Zack Pierce the weekend before and had explained that due to her previous procedures I was notified that it was considered high risk for asphyxiation and it was my parental right to be present for the procedure to which Zack and I agreed on.

Ms. Greisbach depicted complaints that I had articulated as far as the way the foster family has conducted themselves towards me in a very impolite disrespectful manner and she then in the court room acted as if I was hostile or aggressive towards any of them. The judge then denied me the ability to be there for my daughter during the procedure. I am being depicted as an aggressive individual and behaviors that I have not conducted myself as such for quite some time. All of these claims against myself are visibly plagiarized from the documentation that came from my previous case with Danielle Cornelious. To which I was granted the discovery by Tammy Jo Hawe resulted in a visible copy and paste routine between Danielle's Reports as well as Schayna Wilson's reports 270 pages of repetitive claims that had been disproven. I learn, and have learned over time that those attributes and mannerisms that I once displayed didn't get me very far and made a lot harder of a time for me, however I cant say that conducting myself as a civil and intellectual individual who has learned humbleness and humility and to try to remain poised while the exact same things are happening to me continuously isn't exactly easier or making it easier on me. The fact that I refuse to let people tell me one thing when we both know its another and I point out hey thats not right, instead of saying your right im sorry what can we do to fix this human nature and the history of this departments to cover scramble and confuse or contort with a multitude of other infractions that just make it worse, and then point their finger at me and say that I am conducting myself in an aggressive manner because a majority of the time I seem a bit peculiar in my mannerisms that are not expected but extraordinary and I speak so elegantly and eloquently I have a profoundly extensive vocabulary articulated in a way that make many people nervous when they don't understand the precedence in which words they don't understand are used in ways that they are unable to comprehend. does not sit very well with people who are close minded and makes them very defensive because they don't understand and it triggers an insecurity that makes them suggest I am being offensive and must be under the influence of some type of drug, or acting in an aggressive manner because I question and speak on what I know to be right and I Stand For what I believe. When they feel inferior they demand that I provide a urinalysis and I do for many

years and it has always been the same after three years of answering to Tammy Jo Hawk and complying with whatever is necessary and have the documentation completions and awards for the entirety in which i have now been through AODA, SOBSA, COGNITIVE THINKING, ANGER MANAGEMENT, PSYCH EVALUATIONS and THERAPY two and some three times. I was diagnosed with PTSD (diagnosis will be attached) due to the harassment and obscene requirements demanded repetitively from the department of Child Protective Services Brown County. Please make note that the day before the hearing Ms. Greisbach had made her third or fourth trip to our home as well as had Cassandra's Kids Everly and Wyatt taken for a forensic interview and brought back that afternoon and the day before on 07/07/2025 concluded her evaluation and told Cassandra's ex-husband that she had closed her case out and that there were no safety concerns and I Cassandra and her children have remained here this entire time. Cassandra even asked Ms.Griesbach if there are no safety concerns and Everette is allowed to remain in my home and help raise my children, then why are his kids not able to come home? To which she did not have an answer. Why am i being forced to have visits in that little room where I get to see my kids once a week for two hrs?

I am astonished at the amount of people that have had to endure this type of treachery how many loving parents have lost their babies to the indiscretion of people who claim they have the children's best interest at heart yet heed to the vindictive nature of those who influence their decisions out of spite of the whistle being blown over repetitive neglect from the same social worker and previous care giver that had my daughter removed previously for the same amount of neglect that harmed my baby daughter twice over as I went in front of Tammy Jo Hawk to tell her that I had my daughter for three weeks at the point of her approval due to the departments inability to answer to and simply apologize for their negligence at which point, I contacted every supervisor of every organization I could find all the way from the grievance process through brown county all the way to the Attorney General Josh Kaul.

After given my youngest childs reunification in May 2023 I wondered how I continuously wound up faced with another representative of the department, another investigation of more allegations and concerns from whatever unknown source and end up at the mercy of a group of opinionative, judgemental, un-empathetic, collective, electoral, tyrants.

Who is entitled to their rights as a U.S. citizen? If the judge himself denies you your rights then what is a person to do? If the highest level of authority denies you the ability to defend yourself with the rights given at birth then how can you trust anybody in the Judicial system? Where is the justice in that? Why am I not one of them? I Blatantly flagrantly voice these transgressions against me and even though I have corrected and learned from my mistakes and are no longer

displaying impulsive erratic aggressive behaviors I am still being treated as and talked about as if I am acting as such. And ultimately having a conglomerate of information from my previous cases to which they claim they had no idea about but have advocated the same reports and have copy and pasted I have the documents from previous cases that show a great deal of plagiarism and these people continue to tear at me and act in facetious manners and then want to know why I am upset not even acting out but when i have been crying my eyes out for over a month now i am automatically assumed HIGH or under the influence when im really just heart broken and have let my kids down once again over vengeance on behalf of some lady that covered for a woman wearing a facade that caused my daughter to be neglected twice by the same person with the same end result and hurt my

child out of spite both on power trips and have gathered a number of other discriminatory colleagues to try to destroy the only thing that means anything to me on this earth.

What good are Rights and declarations of justice to assure legality in one's ways, if there is no sustenance, honor or merrit to their declaration. What is the necessity for a Termination of Parental Rights hearing if they are never afforded their parental rights to begin with?

How many Constitutional Civil and Parental rights are there to completely deny applicability before somebody within the judicial branch says something about it, or puts a stop to a torturous amount of inhumane treatment and denial of Constitutional or Civil Rights or stands up for a fellow human being that may have had it harder than you could ever imagine but refuses to give up on my children the only family I have. Am I the only person that sticks up for people that cant stick up for themselves? Am I the only one who will lend a hand or fight for the biggest of my enemies for the sake of doing whats right?

Which is what led me to think about where this all was coming from was it just dumb luck or an act of God. Then it dawned on me that, Ms. Lauren Krukowski was very upset with me and the fact that I was aware of the laws and guidelines in which she was obligated to abide by when I finally got a response letter from her approximately 16 days after her deadline   And seemed to be noticeably defensive within my questioning of her reasoning mind you I  have video audio of every conversation and email with any and all employees in brown county DHS but she was infuriated at the poise in which I conducted myself back then. And seemed agitated in her demeanor then it all came at once, she seemed to present herself to me and introduce herself in a manner to which reflected the way I had addressed half of the department when constantly met with intervention after intervention in the sense that they must not know who I am. Due to my report with the department and the extent that I have gone to get and keep my kids. The fact that I have peed in more cups than you have probably drank out of in the past four years! For

four years I have been dealing with this department constantly. Then it hit me that at three of the most detrimental times in this round this woman Lauren M. Krukowski has approached me and asked me if I knew who she was 10/30/20205 at Dorion's hearing/ at the emergency removal hearing on 06/04/2025 and on 06/19/2025 at the visiting center for a when my daughter broke my heart screaming her heart out in agony that she wanted to go home with me and did not want to go with Ms. Greisbach and seemed terrified yet, I was forced to pry her hands from around my neck and buckle her in, but in her eyes betrayed her and broke a bond that I will never be able to repair, you wouldn't be able to begin to understand if it hasn't happened to you. Walking away bawling my eyes out and approached by Ms. Krukowski for a third time and questioned If I knew who she was! To which I replied to her "yes mam I am well aware of who you are but for me now is not a good time for me as I was crying I told her that it hurt and that I hope it was satisfactory and to please excuse me I would hope to see her at the meeting that I requested. She did not attend. I got Ms. Griesbach, Amanda Rooyachers, Ms. King and Samantha Warden that had to excuse herself because she kept giving me the most spiteful hateful demeanor and I asked her blatantly about it several times. She was completely confrontational.

Will somebody please tell Ms. Krukowski that yes I am aware of her stature and I am aware and able to identify her. I got the innuendo after she made sure to introduce herself with the same phrase in the same manner 3 or 4 times over now. And Has implicated herself as the main Retaliator. Either delight or delusion is up for debate However I'm going to go with delusion due to the fact that after violating my parental rights And subjecting my son to be placed in out of home care Instead of having him brought to me at my residence that is well known amongst the department as to where I live and whose child he is. To which she made sure to grace me with her presence at his hearing on 10/30/24 To which she formally introduced herself to me proposing the question "Do you know who I am"? This being the primary encounter I was unaware, to which I responded

'I don't remember to have ever met your acquaintance" to which she responded, "I am the one you were talking all that suing nonsense" that should have been my first hint that this was of retaliatory nature just outside of the commissioners court room in front of Selvin Wells who was my sons temporary case worker? I simply said hi Miss Lauren As I acknowledged her as the Bureau of Regional Operations Supervisor who I was advised to contact by Jenny Hoffman over my many attempts within the grievance process to rectify the horrifying harm At the hands of Daniel Cornelius to my daughter Zaidah Leemay Walker-Reed due to Danielle's inability to make rational decisions as well as the fact she abducted my daughter. I was told that I could

not be reunified with my daughter until after Danielle came back from her maternity leave in which the Oneida tribe was ready to close the case in February of 2022 at which point Nathan Bohlm oversaw my case from February through October 22 to And stated that he was told not to close the case and for him to wait for her return. Ultimately violating my Due Process rights back then.

In12/07/2022 a makeshift attempt to Sustain or perform an "emergency removal" that I was not properly notified or given my Due Process or parental rights to consent or suggest alternative placement and placed her back in the care of the caregiver Alicia Vera in which she had already done an emergency removal due to the severity of trauma inflicted on my infant by caregiver Alicia Vera. Who had my daughter from the time she was birthed until she was four months old at which point they did a real emergency removal from Alicia Vera for a severe amount of neglect. In regards to a yeast infection that infant had acquired to which the physician stated that she had been left in a diaper that she had defecated in over 7 to 10 days I held many conversations with Jenny Hoffman and Lauren Krukowski as well as sent many emails and very much vocalized my dissatisfaction with Danielle and the obscene demands such as a demand for me to pour out my medications out onto a plate and counting them over a video call with her to which I had to recount and send videos through i messaging in order to prove to her that I was not manipulating the count with a sleight of hand because she was upset that I was not abusing my medications.

After Ms. Hawk sentenced me November 11th 2022 Danielle took it upon herself and contacted Brown County Sheriff Deputy Pigeon and demanded that I be placed on a hold Until she notified them and said she contacted them and had me falsely imprisoned on November 11th 2022- November 28th after being denied the ability to leave the Brown County Jail on EMP after the sheriff's deputy finally let me free on a Sunday and came into the facility on his day off due to the fact that he and dept. Dept. Raff knew that I was being falsely imprisoned. At which point I was instructed not to make contact with my children that had already been reunified BRAYDEN AND RAYLEE in which she had no legal precedence to mandate any type of stipulation once again however. Upon my release I made it clear to Danielle that I was aware of the fact that she had me falsely imprisoned. December 7th 2022 Danielle went to Cassandra Ludeman's mother's house in Appleton Wisconsin and called me from the car on her way into the house to abduct my daughter not filing any court documents just sheer irrationality. However I went in front of Tammy Jo Hawk for the entirety of my cases Family and criminal courts from 07/01/2021-04/18/2023, without question I complied with every stipulation bestowed on me. After a handful of psych evaluations completing Aoda and Sobsa and anger

management twice As well as ongoing therapy that led to a diagnosis of post traumatic stress disorder due to the trauma I had endured throughout this entire travesty Ms. Krukowski and Danielle Proposed an extension in my trial reunification that was granted. Somebody got tired of reading emails full of obscene obstacles I had to overcome and their due diligence and removed Danielle from my case When Daniel violated my HIPAA rights and ultimately the ability to submit clients to Prevea Health at an attempt to have a young lady submit a negative test as a positive result to which i pulled out my camera and made her clarify what had happen and that she was trying to submit a double line test as a positive result. I am still going through deliberations with the Prevea chief of staff.

She was replaced by JC Hass 12/20/2022. I was given reunification of Zaidah in approximately 04/2023 Over a year after I was supposed to have already closed this case. After given my reunification And the last piece to my puzzle being that of my children because their mothers do not play active roles in their lives, I've been a single parent since they were all birthed everything seemed to calm down however between 04/2023 to 06/02/2025 yet I underwent three investigations and allegations that seemed to come out of nowhere and couldn't figure out exactly who was behind it One time Caravelle Autism School had been notified of mosquito bites that she has an allergic reaction to and was depicted upon drop off however upon pick up I was contacted by Roselynn Greisbach Who claimed my daughter stated that I had hit her, they had Cassandra pick her up and take her to a physician that diagnosed it as an insect bite. Upon the request for the open records due to the fact that Caravelle Autism School is recorded video and audio 24/7 was not given the ability to view the footage due to the organization's discretion due to there "being other clients present in the room." 10/29/2024 Rachel ??? claimed that I was incoherent and unable to distinguish her from McDonalds and that she could not understand what I was saying in order to try to try to insinuate that I was under the influence when really I had been at work all day had just woken from a nap and was actually in the McDonalds drive through. I was required to provide a receipt from the McDonalds from within that time in which I did Later in the documentation they have thrown together copy and paste is now part of Amanda Rooyacres documentation or argument as to my inability to parent and is conglomerated as if she is the one who had written it originally.

However as much if I tried to assure them and tell them in multiple forms that they probably shouldn't poke the bear, they continue to drag me through a treacherous amount of slander and defamation of character. a Great Man once said It is definitely an imperfect system With all due respect I hope this finds you in good spirits and I hope you understand the necessity in its

prevention May God bless you as he has blessed me and May God bless us all as I continue to try to bless others and will remain in doing so.

update 09/20/2025 I have received a document stating the active efforts that they have submitted to the children's tribe with three complete strangers that were never spoken to a day in my life at that point that were given information about me and my children and violated the privacy and security of my children.

I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983,
the Fourth and Fourteenth Amendments, and the Indian Child Welfare Act (ICWA), 25 U.S.C. §§
1901–1963.
2. Jurisdiction is conferred by 28 U.S.C. §§ 1331 and 1343.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

II. PARTIES

I Everette L.Walker Request that all defendants be held equally accountable as they and the county were all aware of these transgressions as I vocalized them thoroughly.

III. FACTUAL ALLEGATIONS

My children and myself have been victims of this Entity for close to 5 years now.

This is the second time they have been removed in this manner with a complete and utter disregard for the law or our federal rights.
 They have disclosed the private information in regards to my children and myself to complete strangers.
 They have defamed and slandered the absolute most out of my name in some ridiculous absolutely obnoxious allegations.
 The emotional distress that my children have been put through alone would take most adults out.
 They violated my due process rights as well as my parental rights in accordance with the 4th and 14th Amendment.
 They did not notify the children's tribe until a month after my children were taken into custody.
 I feel that God pushing me to hold these people accountable for their transgressions before something unforgivable happens.

IV. CLAIMS FOR RELIEF

Count I – Due Process (14th Amendment, §1983)
Count II – Violation of ICWA 25 U.S.C. (1901-1963,§1922)
Count III – Violation of Privacy and Defamation of Character (1st Amendment §1983)
Count IV – Retaliation (1st and 14th Amendments, §1983)

## V. DAMAGES

Plaintiff seeks $120 million in compensatory and punitive damages.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests judgment in the amount of $120,000,000, declaratory relief, injunctive relief, costs, and any further relief as deemed just and proper.

Respectfully submitted,

Everette Lee Walker
Plaintiff, Pro Se
3955 Valley Stream Cir
Oneida Wi 54155
920-228-6656
bigdadbos@icloud.com